IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANKLIN D. GILLIES,<br><br>                Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>                Defendant. | 8:23CV394<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

      This case is before the Court on the parties' Stipulation of Dismissal. Filing 20. Pursuant to a settlement agreement, the parties stipulate to the dismissal of this case in its entirety with prejudice and with each party to bear its own costs and attorney's fees. Accordingly,

      IT IS ORDERED that the parties' Stipulation of Dismissal, Filing 20, is granted. This case is dismissed in its entirety with prejudice and with each party to pay its own costs and attorney fees.

      Dated this 25th day of April, 2024.

                                                              BY THE COURT:

                                                              Brian C. Buescher
                                                              United States District Judge